# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3211
_____

HARBOURAGE MARINA, LLC,

    Appellant,

    v.

DOLPHIN BAY OWNERS
ASSOCIATION, INC., a Florida Not
For Profit Corporation,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
James Jefferson Goodman, Jr., Judge.

October 13, 2025

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Julia Kathleen Maddalena of Hand Arendall Harrison Sale LLC, Panama City Beach, for Appellant.

Robert Kauffman for Dunlap & Shipman, P.A., Santa Rosa Beach; Michael Dickey for The Law Offices of Michael P. Dickey, PLLC, Panama City, for Appellee.